**IN the INTEREST OF: W.B. and A.B.;**

**Juvenile Officer, Respondent,**

v.

**B.B. (Father) and L.B. (Mother), Appellants.**

**WD 80351**

Missouri Court of Appeals, Western District.

ORDER FILED: August 29, 2017

Lori A. Fluegel, Kansas City, MO, for respondent.

David S. Ladwig, Kansas City, MO, for appellant B.B.

Laurie Vaskov Snell, Kansas City, MO, for appellant L.B.

Before Division Three: Alok Ahuja, Presiding Judge, Thomas H. Newton, Judge and Cynthia L. Martin, Judge

## ORDER

Per curiam:

B.B. ("Father") and L.B. ("Mother") appeal from the trial court's judgment terminating their parental rights to W.B. and A.B. ("Children"). Father and Mother (collectively, "Parents") argue that the trial court erred in finding statutory grounds for terminating their parental rights. The Parents also claim that the trial court abused its discretion in finding that termination was in the best interests of the Children. We affirm. Rule 84.16(b).